## 25113. MADDOX v. THE STATE.

MacINTYRE, J. No error of law is complained of. The uncontradicted evidence supported the verdict finding the defendant guilty of illegal possession of whisky.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED APRIL 8, 1936.

*W. A. Dampier,* for plaintiff in error.
*Lester F. Watson, solicitor,* contra.